# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRANDON PAUL SAITER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JENNIFER
ELLIOTT, DISTRICT JUDGE,
Respondents,
and
TINA MARIE SAITER,
Real Party in Interest.

No. 76772

**FILED**

OCT 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order striking and vacating a gag order in a divorce action. Having considered the petition and appendices filed in this matter, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (explaining that petitioner bears the burden of demonstrating that writ relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674,

677, 818 P.2d 849, 851 (1991) (providing that it is within this court's sole discretion to determine if a writ petition will be considered). Accordingly, we

ORDER the petition DENIED.

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty


cc:     Hon. Jennifer Elliott, District Judge, Family Court Division
        Willick Law Group
        Law Offices of Louis C. Schneider, LLC
        Eighth District Court Clerk